JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG KOO,<br><br>  Plaintiff,<br><br>  vs.<br><br>FIRST VENTURA REALTY, LLC; DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:21-cv-07987 RGK (KSx)**<br>Assigned to Hon. R. Gary Klausner<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** [29] |

---

~~[PROPOSED]~~ ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice, all parties to bear their own fees and costs, with the Court to retain jurisdiction for either the Parties to dismiss the entire action with prejudice or Plaintiff to enforce the settlement terms up for thirty (30) days up until May 11, 2022.

SO ORDERED.

DATED: April 11, 2022

_____
United States District Court Judge

[PROPOSED] ORDER